# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-3122

_____

United States of America

*Plaintiff - Appellee*

v.

Cedric D. Reynolds

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 24, 2018
Filed: May 30, 2018
[Unpublished]

_____

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Cedric Reynolds directly appeals after he pleaded guilty to drug and firearm charges, pursuant to a plea agreement that contained an appeal waiver, and the district

court[1] imposed a prison term below the calculated Guidelines range. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), acknowledging the appeal waiver, and arguing that the sentence is substantively unreasonable.

We conclude that the appeal waiver is valid, applicable, and enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion, and we dismiss this appeal.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.